| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael D. Watts** | Social Security number or ITIN  **xxx–xx–1808** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **16–18710–ABA** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael D. Watts
dba Michael D. Watts

8/26/16

**By the court:**  <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-18710-ABA
Michael D. Watts                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin           Page 1 of 2           Date Rcvd: Aug 26, 2016
                           Form ID: 318           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
db             #+Michael D. Watts,    1023 Oaklyn Court, Unit 1023,   Voorhees, NJ 08043-1817
516187279       +CCI/Contract Callers Inc,    Po Box 3000,   Augusta, GA 30914-3000
516187280      ++++DITECH,    332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
                 (address filed with court: Ditech,    332 Minnesota St Ste 610,   Saint Paul, MN 55101)
516187288       +Ditech Financial LLC,    Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Ste 302,
                 Roseland, NJ 07068-1640
516187281       +Echelon Common Facilities,    1 Britton Place Suite 16,   Voorhees, NJ 08043-2514
516159253       +KML Law Group, PC,    701 Market St #5000,   Philadelphia, PA 19106-1541
516159254      ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,    350 Highland Dr,   Lewisville, TX 75067)
516159256       +Nationstar Mortgage LLC,    Stern Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway, Ste 302,   Roseland, NJ 07068-1640
516170754       +PNC Bank, NA,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
516159255       +Pnc Bank,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
516311030        Three Pond Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ 08903-1111
516187289       +US Dept of Justice,    950 Pennsylvania Ave NW,   Washington, DC 20530-0009
516187290       +V A Leasing Corp,    2100 NW 82nd Ave,   Miami, FL 33122-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QJDMARCHAND.COM Aug 26 2016 22:28:00     Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,   Bridgeton, NJ 08302-0228
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 26 2016 22:36:18     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 26 2016 22:36:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516187282        EDI: IRS.COM Aug 26 2016 22:28:00     Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114
516187287       +E-mail/Text: bankruptcy@pseg.com Aug 26 2016 22:36:00     PSE&G Bankruptcy Department,
                 PO Box 490,   Cranford, NJ 07016-0490

                                                                                   TOTAL: 5

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,   Roseland, NJ 07068-1640
cr*              Three Pond Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ  08903-1111
516187283*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    PO Box 21126,   Philadelphia, PA 19114)
516187284*      +KML Law Group, PC,    701 Market St #5000,   Philadelphia, PA 19106-1541
516187285*      ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,    350 Highland Dr,   Lewisville, TX 75067)
516187286*      +Pnc Bank,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
                                                                       TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                        Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 26, 2016
                             Form ID: 318              Total Noticed: 18

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
          Christopher G. Cassie    on behalf of Debtor Michael D. Watts ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING
           LLC cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marlena S. Diaz-Cobo    on behalf of Creditor    Three Pond Condominium Association, Inc.
           mmiller@theassociationlawyers.com
                                      TOTAL: 7