UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
PNC BANK, NATIONAL ASSOCIATION

In Re:
        Watts, Michael D. dba Michael D. Watts

**Order Filed on September 13, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:        16-18710-ABA

Chapter: 7

Hearing Date: 08/16/2016

Judge:  Andrew B. Altenburg Jr.

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 13, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of <u>PNC BANK, NATIONAL ASSOCIATION</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■      Real Property More Fully Described as:

**Land and premises commonly known as 1023 Oaklyn Court, Voorhees NJ 08043**

☐      Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

It is further ORDERED that the movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies

including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially

pursuing other loss mitigation alternatives, including, but not limited to, a loan modification,

short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's

Sale (or purchaser's assignee) may take any legal action for enforcement of its right to

possession of the Property.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.