UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Michael D. Watts

Case No.: __16-18710/ABA__  
Chapter: __7__  
Judge: __ABA__

### NOTICE OF PROPOSED ABANDONMENT

____JOSEPH D. MARCHAND____, ____TRUSTEE____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __January 31, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Civil Rights Violation Lawsuit: **<br>Caption:  Watts and Olsen v. Det. Ako, et al<br>United States District Court - New Jersey<br>Docket No. 1:16-CV-00697-JHR-KMW |
|---|---|

| Liens on property: | **Trustee does not believe further pursuit of said lawsuit would yield a significant monetary benefit for Gen. Unsecured creditors. |
|---|---|

| Amount of equity claimed as exempt: | $11,095.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: __/s/ Joseph D. Marchand, Chapter 7 Trustee__  
Address: __117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302__  
Telephone No.: __(856) 451-7600__

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 16-18710-ABA
Michael D. Watts                                                    Chapter 7
       Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2            Date Rcvd: Dec 28, 2016
                              Form ID: pdf905             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2016.
db             #+Michael D. Watts,    1023 Oaklyn Court, Unit 1023,    Voorhees, NJ 08043-1817
516187279      +CCI/Contract Callers Inc,    Po Box 3000,    Augusta, GA 30914-3000
516187280     ++++DITECH,    332 MINNESOTA ST STE E610,     SAINT PAUL MN 55101-1311
                 (address filed with court: Ditech,     332 Minnesota St Ste 610,    Saint Paul, MN 55101)
516187288      +Ditech Financial LLC,    Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Ste 302,
                 Roseland, NJ 07068-1640
516187281      +Echelon Common Facilities,    1 Britton Place Suite 16,    Voorhees, NJ 08043-2514
516159253      +KML Law Group, PC,    701 Market St #5000,    Philadelphia, PA 19106-1541
516159254     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,     350 Highland Dr,    Lewisville, TX 75067)
516159256      +Nationstar Mortgage LLC,    Stern Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway, Ste 302,    Roseland, NJ 07068-1640
516170754      +PNC Bank, NA,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516159255      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
516311030       Three Pond Condominium Association, Inc.,     c/o McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ 08903-1111
516187289      +US Dept of Justice,    950 Pennsylvania Ave NW,    Washington, DC 20530-0009
516187290      +V A Leasing Corp,    2100 NW 82nd Ave,    Miami, FL 33122-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2016 22:29:54      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2016 22:29:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516187282       E-mail/Text: cio.bncmail@irs.gov Dec 28 2016 22:29:29      Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
516187287      +E-mail/Text: bankruptcy@pseg.com Dec 28 2016 22:29:09      PSE&G Bankruptcy Department,
                 PO Box 490,    Cranford, NJ 07016-0490
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,   Roseland, NJ 07068-1640
cr*             Three Pond Condominium Association, Inc.,     c/o McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ 08903-1111
516187283*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,     PO Box 21126,   Philadelphia, PA 19114)
516187284*     +KML Law Group, PC,    701 Market St #5000,    Philadelphia, PA 19106-1541
516187285*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,     350 Highland Dr,    Lewisville, TX 75067)
516187286*     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
                                                                                       TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 28, 2016
                              Form ID: pdf905          Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2016 at the address(es) listed below:
              Christopher G. Cassie    on behalf of Debtor Michael D. Watts ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING
               LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Three Pond Condominium Association, Inc.
               mdiaz-Cobo@theassociationlawyers.com
                                                                                             TOTAL: 7
```