Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  16–18710–ABA
                Chapter:  7
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael D. Watts
  dba Michael D. Watts
  1023 Oaklyn Court, Unit 1023
  Voorhees, NJ 08043

Social Security No.:
  xxx–xx–1808

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 31, 2017</u>                <u>Andrew B. Altenburg Jr.</u>
                                                  Judge, United States Bankruptcy Court